# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 18-3784/18-3859

Filed: January 08, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM HOLMES

DEMON CARTER

    Defendants - Appellants

1:17cr243 - 1 & 2
SO

## MANDATE

Pursuant to the court's disposition that was filed 12/16/2019 the mandate for this case hereby issues today. Affirmed

COSTS: None